.

.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KEVIN DAVIS, on behalf of himself and all
others similarly situated,

                     Plaintiff(s),

             21 civ 6389 (JGK)

      -against-

ARGO TEA, INC.,

                     Defendant.
-----------------------------------------------------------X

## ORDER

The Clerk, having entered a certificate of default on defendant Argo Tea, Inc.,

The plaintiff shall file default papers, pursuant to this Court's rules, by **October 22, 2021.**

The conference scheduled for today, Tuesday, October 12, 2021, is canceled.

**SO ORDERED.**

                                                               **JOHN G. KOELTL**
                                                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        October 12, 2021