UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN DAVIS on behalf of himself
and all others similarly situated,                21-cv-6389 (JGK)
                      Plaintiffs,
                                                  <u>ORDER</u>
      - against -

ARGO TEA, INC.,
                      Defendant.

---

JOHN G. KOELTL, District Judge:

    The plaintiff should file an order to show cause for a default judgment by November 22, 2021. If the plaintiff fails to do so, the case may be dismissed for failure to prosecute under Federal Rule of Civil Procedure 4(m).

SO ORDERED.
Dated:    New York, New York
           November 1, 2021

                                                  John G. Koeltl
                                    United States District Judge