UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN DAVIS, on behalf of himself
and all others similarly situated,     21-cv-6389 (JGK)
                    Plaintiffs,
                                       ORDER
         - against -

ARGO TEA, INC.,
                    Defendant.

---

JOHN G. KOELTL, District Judge:

In its Order dated November 1, 2022, the Court directed the plaintiffs to file an order to show cause for a default judgment by November 22, 2021. The parties have not done so. The time to file an order to show cause for a default judgment is extended to **January 4, 2022**. If the plaintiffs do not file an order to show cause for a default judgment by that date, the case may be dismissed for failure to prosecute.

SO ORDERED.
Dated:   New York, New York
         December 1, 2021

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge