UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN DAVIS, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,           21-cv-6389 (JGK)
                    Plaintiff,
                                             ORDER
    - against -

ARGO TEA, INC.,
                    Defendant.

---

JOHN G. KOELTL, District Judge:

The Court directed the plaintiff to file an order to show cause for a default judgment by October 22, 2021. ECF No. 9. When the plaintiff failed to do so, the Court directed the plaintiff to do so by November 22, 2021. ECF No. 10. When the plaintiff again failed to do so, the Court directed the plaintiff to do so by January 4, 2022. ECF No. 11. The plaintiff has not done so. Therefore, the complaint is dismissed without prejudice for failure to prosecute.

SO ORDERED.
Dated:    New York, New York
          January 21, 2022

                                    /s/ John G. Koeltl
                                    _____
                                    John G. Koeltl
                                    United States District Judge